## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **MUHIBULLAH OSMANI,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-03230-JLS |
| | : | |
| **MARKWAYNE MULLIN,** *et al.*, | : | |
| Respondents. | : | |

## <u>ORDER</u>

**AND NOW**, this 14th day of May, 2026, **IT IS HEREBY ORDERED** that Respondents shall file any opposition to the request for the petition for a writ of habeas corpus on or before **May 18, 2026, at 5:00 PM**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge