# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MUHIBALLAH OSMANI,  :

           Petitioner,  :

           :

           v.  :      Civil No. 2:26-cv-03230-JLS

           :

JAMISON, J.L., et al.,  :

           Respondents.  :

## ORDER

**AND NOW**, this 20th day of May, 2026, upon consideration of Muhiballah Osmani's ("Petitioner") Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 3), **IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **GRANTED**[1] as follows:

    1. Muhiballah Osmani is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

    2. The Government shall **RELEASE** Muhiballah Osmani from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than **5:00 p.m. ET on May 21, 2026.**

---

[1] Petitioner, a noncitizen from Afghanistan, entered the country without inspection on December 22, 2023. ECF No. 1, Pet. ¶ 27. Petitioner was detained, placed in removal proceedings, and released. *Id.* ¶ 28. On or about May 12, 2026, Petitioner was arrested and detained by ICE pursuant to 8 U.S.C. § 1225(b)(2)(A). *Id.* ¶ 33.

Respondents assert that the Petition should be denied because Petitioner is lawfully detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and his detention does not violate constitutional due process. Based on the Court's previous opinions, the decisions of all the judges who have considered the issue in the district, *see e.g.*, *Cantu-Cortes v. O'Neill*, No. 25-cv-6338, 2025 WL 3171639, at *1-2 (E.D. Pa. Nov. 13, 2025), the Court finds Petitioner cannot be detained under § 1225(b)(2)(A). Petitioner's current detention is therefore illegal, and he is entitled to relief. Mr. Osmani's petition for a writ of habeas corpus will be granted and he shall be immediately released.

3. If the Government chooses to pursue re-detention of Muhiballah Osmani pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.;

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL**
United States District Court Judge