**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **MUHIBULLAH OSMANI**, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-03230-JLS |
| | : | |
| **MARKWAYNE MULLIN, *et al.*,** | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 26th day of May, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 5), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.